# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

OCALA Division

Case No. 5:22-cv-649
(to be filled in by the Clerk's Office)

Randall Lee Walker

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Unites States Penitentiary Coleman #2, FNU Swain, FNU Wesner, FNU Velaquez and FNU Summerfield

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

2023 JAN 24 AM 11:11
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA
FILED

"SECOND" Amended Complaint

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Randall Lee walker
All other names by which you have been known: Randy walker, Pork chop, Chop
ID Number: 14254-025
Current Institution: U.S.P Terre Haute
Address: P.O Box 33
Terre Haute (City), IN (State), 47808 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Mr. Wegner
Job or Title *(if known)*: SHU, L.T
Shield Number: L.T Wegner
Employer:
Address: USP Coleman #2 P.O Box 1034
Coleman (City), FL (State), 33521 (Zip Code)
☑ Individual capacity ☐ Official capacity

Defendant No. 2
Name: Mr Swain
Job or Title *(if known)*: warden
Shield Number:
Employer:
Address: U.S.P Coleman #2 P.O Box 1034
Coleman (City), FL (State), 33521 (Zip Code)
☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name: Mr. Velasquez
Job or Title *(if known)*: Unit manager
Shield Number:
Employer:
Address: U.S.P Coleman #2 P.O Box 1034
Coleman (City) FL (State) 33521 (Zip Code)

☑ Individual capacity ☑ Official capacity

Defendant No. 4

Name: Mr. Summerfield
Job or Title *(if known)*: Counselor
Shield Number:
Employer:
Address: U.S.P, Coleman #2 P.O Box 1034
Coleman (City) FL (State) 33521 (Zip Code)

☑ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

28 U.S.C 1746 / Case: Brim and Goodvine Aug. 6, 2018

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☑ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

U.S.P Coleman #2 in lockdown/SHU on B rang Room 124 Time around the Hours of 1200 hrs. to 1300 hrs. Date 5/4/22

C. **What date and approximate time did the events giving rise to your claim(s) occur?**

The Date 5/4/22 1200 hrs to 1300 hrs. ~~also~~ This was by officer summerfeild officer Velasevez on 4/4/22 around the hours of 5:30 or 6:00 pm Brought me legal mail oped already

D. **What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*** On 4/4/22 Mr. Velasquvez brought me legal mail from the Courts already opened that stated on the front that it ~~is~~ this mail is not to be opened only in the presence of the inmate, I ask why it was opened he told me if I wanted it to sign for it or he would take it Back I had to get it because I needed it for my 2255 or I'd been late, I wrote him up to staff and warden I was told there was nothing I could do so I wrote out to the Courts mr. Summerfield read my whole 2255 out for everyone to ear that could get me killed
Office Aikens was on the range when the above happened.

## V. Injuries

**If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.** I have not got any of my legal mail from there and most all my out going mail was put into the trash by mr. Summerfield himself I was told by L.T Wegner to stop wasteing my time and money because mr. Summerfeild will not send my mail out due to me tring to write him and his Boss up for mail tampering This really hurt me now because I'm over my deadline to file my 2255 because I could not get my Legal Dockments and my incoming Legal mail

## VI. Relief

**State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.** I want to be paid for my time and troubles, I want dockments to show So I can get my Case back into Court, I want the above to understand that plaing with legal mail is not right and you Cant get away with it, its the Law.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

U.S.P Coleman #2 P.O Box 1034
Coleman FL. 33521

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

I tryed my grievance/complaint had to be truned into the Staff that I am writing up So they made it no where.

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

I wrote to Southeast R.O on 5/5/22, I wrote to L.T Wagner on 5/5/22 got nothing Back, I spoke with Counselor Doak over another unit about this he told me its been a problem good luck, I wrode to the ACLU, I wrote to the Civil Right union.

2. What did you claim in your grievance? That our mail if we get it is being tampered with our Court Dockets or being read out load for everyone to hear some stuff in the BOP Can get us Killed thats been read by mr. Summerfeild out loud for other inmates to hear

3. What was the result, if any? I did not get any results from Staff or anyone at Coleman #2 U.S.P but some of the Staff stated tome its been a on going problem at U.S.P Coleman #2 for a long time I will send a Copy with this of all those I wrote to try to get help.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

everything I've got done was forwarded to your Courts from Judge P. Gilbert

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: I tryed to file the BP8 BP.9 BP.10 BP.11 BP.12 but all my Complaints and grievance had to be truned into mr Velasquez or mr. Summerfeild and no other office would take grievance from us I got a few letters out but most was found in the trash by the orderly

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I spoke with the H.W Mr. McIntosh about the mail and how my out going court letters was read out loud and he told me to speek with the warden mr. Swain on the walk through when I told the warden of the issue he told me that its Prison he can do with the mail what he wants and if I did not like it I shoud not have Checked in the SHU. So I talked to the SHU LT mr. Wagner he told me its been a issue and yes my mail was going in the trash.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I Wrote out to Judge P. Gilbert in the 7th district of Courts because I could not get any other Mail out due to it being through in trash by officers mr. Summerfield and mr. velasquez

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) __________

   Defendant(s) __________

2. Court *(If federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. __________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ______________________

   Defendant(s) ______________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ______________________

3. Docket or index number

   ______________________

4. Name of Judge assigned to your case

   ______________________

5. Approximate date of filing lawsuit

   ______________________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition ______________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ______________________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/20/23

Signature of Plaintiff: Randall Lee Walker

Printed Name of Plaintiff: Randall Lee Walker

Prison Identification #: 14254-025

Prison Address: U.S.P Terre Haute P.O Box 33

Terre Haute (City) IN (State) 47808 (Zip Code)

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City State Zip Code

Telephone Number

E-mail Address

Exhibit Number - 1 (Notes wrote)

I was being RW housed in the SHU/ Lockdown at U.S.P Coleman #2 in Coleman, FL I was there because I was not wanting to fight with the dudes in my unit over my stuff that they was tring to take from me. I was tring to stay write up Clean So I could get into the program that I am now in here a USP Terre Haute in terre Haute, IN Called the Life Connections program L.C.P. So on 5/4/22 I was tring to mail some papers out to the Courts about my Case 2255 to Judge P. Gilbert 7th district when mr. Summerfield come around to get our mail, I had to call him to my room on B-range room 124 more then once as he come to my door he stated out loud So everyone Could hear him what do you want Check in ("I dont got time for a Check in on a Check in yard") I then told him I got legal mail that needs sealed and mailed out he mr. Summerfeild told me to slide it under the door to him he opened it and started reading my whole Legal letter at a high voice So everyone Could hear him and what my Legal mail stated there was So some stuff in there that could get a person Killed here in prison. I Tryed to write him up but no one would take my write ups because they said

Mr. Summerfield or Mr. Velasquez had to take them because there the officers and counselors from my unit I tryed everything to get my writes ups out got no where so I used another way to get a paper trail out about the mailing and living issues at U.S.P Coleman #2 So I wrote out to Southern Center for Human Rights. I Wrote out to ACLU national prison project, in Washington, DC. I did everything I Could think of I even wrote to the R.O of the Bop to the inspector generals office still I got nothing back so I asked around and the oderly at Coleman #2 told me that all my mail was being put in the trash by officer Mr. Summerfield So then I told the SHU L.T Mr. Wagner about this issue he told me that its a on going issue and theres nothing he can do about it for me to not send anymore mail out till I leave Coleman #2

On 4/4/22 Time 5:30 to 6:00 pm Range B-Lower Room 124 mr. Velasquez Came to my room with opened legal mail that had a big Stamp on the front of it from the Courts that said do not open only in The presence of the inmate "Special Mail"

I asked the counselor why it was opened he told me if you want it dont ask questions

Why its opened he told me he could open it where ever he wants to. I asked him how do I know everything is in there for me and nothing has been removed he said if you dont want it I can send it back. I really needed it for my 2255 Case so I signed for it anyways and after I wrote the officers up or tryed to I did get any mail out or in because it was being tampered with by the above officers and the L.T or the wardens would not take action on this issue

I swore this with my right hand thats this is the whole truth and only the truth

Randall Lee Walker

14254-025

Exhibits # 2

Here is my property sheets to show that I got no Legal mail from my property or had any sent to me from Coleman #2

But there is a record that Judge J. Gilbert can send to you showing he sent me mail but I did not get that mail

Randall [signature]

Exhibits # 3

3/8/22

Bama,

whats up bro. Im gonna keep in touch with you like I said I would when I got out of the Shu. In case you havent figured it out, Its Scott your fav celly. How are you doing man, are you still at coleman? when I got out of the SHU, Monk and I both went to H1 and became cellys. Hes a good dude so it could be worse. 17 other people from my old unit L1 were here when I got out. So as you see, I didnt need to come back to the SHU. H1 and H2 are the only units on the North Side. I1 and I2 are RHU, G1 and G2 are closed. L2 is still un-vaccinated, and L1 is an overflow unit, its about Half full.

I havent been able to give your homeboy MTJ your info yet because hes on the other side of the yard, but when I can, I will. Just to let you know, when I got out the Shu, I had 11 letters waiting for me, plus half my Magazines. Sooo, the SHU is not letting you get your shit. I asked the mailroom, they send all mail to the SHU. Its the Shu sending it all to property. So complain to Luke.

Anyway, I wish you nothing but luck in AZ.

Hit me up whenever you want. Im gonna include my moms info in this letter. Until next time my friend.

Sincerely,
Scott Trader

My moms info:

Shelly Trader - Bonanno
(address) 1189 S.W. Edinburgh Dr.
Port Saint Lucie, FL 34953

(cell phone) 772-240-8977

Dear Randall

My name is Shelly TRADER-BONANNO and you know my son Scott TRADER If you want to write as per the letter you can

Shelly

Name - Shelly TRADER-BONANNO

ADDRESS 1189 S.W. Edinburgh DR.
PORT ST. LUCIE, Fl 34953

Phone (772) 240-8977

Shelly Trader Bowman
1189 S.W. Edinburgh DR.
Port St. Lucie, Fl 34953

WEST PALM BCH FL 334
15 MAR 2022 PM 1 L

Exhibits # 3

Randall Walker
Reg# 14254-025
U.S. Coleman II
U.S. Penitentiary
P.O. Box 1034
Coleman, Fl 33521

UNITED STATES POSTAL SERVICE

33521-103434

Exhibits # 4

5.4.2022

On Thursday May 5th, 2022 I, Mujo Bektaš #17706-040 housed on range B, Cell 140 witnessed Mr. Summerfield open Three pieces of legal mail that the man in cell 124 was trying to send out. Nothing is wrong with him doing so, it is his job to open and check the mail, but that's not all he did. Mr. Summerfield proceeded to read the legal mail Mr. Randall Walker was attempting to send out and at times Mr. Summerfield read certain things out loud. He commented on some of the things Mr. Walker had written in his legal mail. The comment that stuck out the most was "Oh I see you're talking about use of illegal chemicals. That sounds like some terrorist shit to me." I am not 100% aware of what the rules say about the officers reading legal mail, but from the little that I do know, they are not allowed to do so. I was asked to be a witness, and was asked to write a statement of what I withessed. I swear that this statement is true, and I am aware of the punishment under the law for purjury.

[signature]

Mujo Bektaš #17706-040 (5.4.2022)

Exhibits #5

4-5-2022

Im HAVING Problems Recieving my MAIL ON Time. EVERY TIME I Call my FAMILY They State That they have sent me Several Letters. Most of The Letters I Never Recieve and the ones I do recieve are Post marked Several weeks Earlier than The day I Recieve Them.

Could you Please Explain to me why my mail Is Not arriving ON Time? my Mother Just had a few heart attacks a few months back and I did not Find Nothing out for over a Month becouse Im Not Recieving my Mail on time.

Could you please help me Figure out whats going on with my mail Please?

Thank you FOR your time

SINERally
Buddy J. Smith
Buddy J. Smith
32531-064

Exhibits #6

# Declaration

I, Jeremy Pinson, do declare that, under penalty of perjury, the following facts are true:

1. I stood in the doorway of my cell looking directly at Cell 124 on B-Range of the Coleman II U.S.P. Special Housing Unit on 5-4-22 when Mr. D. Summerfield began an encounter with inmate R. Walker.

2. The aforementioned encounter involved Summerfield asking Officer Mathe to open the security box that is attached to the wicket in the cell 124 door so he could inspect the legal mail inmate R. Walker asked Summerfield to take.

3. I observed Summerfield open each envelope, read aloud the contents of the legal mail at a volume high enough to be heard by every inmate on the tier.

Executed May 4, 2022 in Sumter County, Florida under 28 U.S.C. 1746.

[signature]

Jeremy Pinson #16267-064

Exhibits #7

Date 5/5/22

TO: Officer of the Mail Room
From: Randall Lee Walker
Reg# 14254 - 025
Housing: SHU - B - Range

Can I please get a record of my mail that was mailed out on are between 5/2/22, 5/3/22, 5/4/22 and 5/5/22 I need to know the address's the mail went out to on these days This is legal mail only I need to Know. I do need this for Lagal reasons please. I have all the address's So I dont need it for the address's I need it So I Know my Legal mail was mailed out by the officer that picked it up. Thanks for your time and troubles. May God Bless you and your family

Respectfully
Randall L Walker
14254-025

Cop-out

NO! Responce

Exhibit # 8

Cop-out 4/4/22

TO: Property Room / SHU

From: Randall L. walker

Reg # 14254-025

---

Can I please get all my PSI out of ~~[illegible]~~ my property So I can file the rest of my 2255

This is the 5th Cop-out I have sent to you and I've got nothing at all not even a reply

Thanks for your time and troubles

Randall L Walker
14254-025

[I]NMATE PERSON[AL] PROPERTY REC[ORD]

Exhibits #9

[U.S. DEPARTMENT OF JUSTICE] FED[ERAL] BUREAU OF PRISON

| Institution: CLP | 1. Name Walker, R. | |
|---|---|---|
| 2. Register No: 14254-025 | 3. Unit: SHU/ H1 | 4. Date & Time of Inventory: 5-9-22 1200pm |

5. Purpose of Inventory (Check one that applies): Date and Time of Action: 5-9-22 1200pm

a. __ Admission b. __ Hospital c. __ Writ d. ✓ Transfer e. __ Detention
f. __ Release g. __ Incoming Package h. __ Other (specify) ______

6. Disposition (Disp.)
D-Donated M-Mail S-Storage
K-Keep in Possession
C-Contraband (Attach BP-S102)

7. Type of Property:

a. Personally Owned Items

| # | Article | Disp. |
|---|---|---|
| | Address Book | |
| | Batteries | |
| | Belt | |
| | Billfold | |
| | Books, Reading hard ___ soft ___ | |
| 2 | Books, Religious hard ___ Soft ✓ | |
| | Boot | |
| | Brassiere | |
| 2 | Cap, Hat | M |
| | Coat | |
| | Comb | |
| | Combination Lock | |
| | Dress | |
| | Eyeglass Case | |
| | Eyeglasses | |
| 1 | Gloves | M |
| | Hairbrush/Pick | |
| | Handkerchief | |
| 1 | Headphones | M |
| | Laundry Jacket | |
| | Laundry Detergent | |
| | Legal Materials | |
| 2 | Letters | M |
| | Magazines | |
| | Mirror | |
| | Nail Clippers | |
| | Pen/Ballpoint | |
| | Pencils | |
| 1 lb | Personal Papers | M |
| | Photo Album | |
| | Photo | |
| | Plastic Bowl Plastic Spoon, cup | |

| # | Article | Disp. |
|---|---|---|
| | Plastic spoon, cup | |
| | Playing Cards | |
| | Purse | |
| 1 | Radio (w/earplug) | M |
| | Religious Medal | |
| | Shirt/Blouse | |
| | Shoes | |
| | Shoes, shower | |
| | Shoes, Slippers | |
| 1 | Shorts | M |
| | Skirt | |
| | Slip | |
| 5 | Socks | M |
| | Socks, Athletic | |
| | Stamps | |
| | Stockings | |
| | Sunglasses | |
| 1 | Sweat pants | M |
| 4 | T-Shirt | M |
| 1 | Sweat Shirt | M |
| 1 | Thermal Bottoms | M |
| | Thermal Top | |
| 2 | Underwear | M |
| | Watch/Watchband | |
| 1 | Ace wrap | M |
| 3 | Ointment | M |
| 1 | Chapstick | M |

b. Hygiene, etc.

| # | Article | Disp. |
|---|---|---|
| 2 | Aspirin | M |
| 1 | Body Soap | M |
| 1 | Cotton Swabs | |
| | Deodorant | |
| | Dental Floss | |
| | Dentures Power | |
| | Hair Oil | |
| | Petroleum Jelly | |
| | Menthol Rub | |
| | Razor | |
| | Shampoo | |
| | Shaving Lotion | |
| | Skin Lotion | |
| | Soap Dish | |
| 1 | Toothbrush | M |
| 1 | Toothbrush Holder | M |
| | Toothpaste | |
| | Tweezers | |

c. Hobby craft

| # | Article | Disp. |
|---|---|---|
| | | |

d. Food

| # | Article | Disp. |
|---|---|---|
| | Bean | |
| | Cake | |
| | Candy | |
| | Chips | |
| 2 | Coffeemate | M |
| | Cold drink mix, soda | |
| | Cough Drops | |
| | Fish Packs | |
| | Fruit | |
| | Honey, Hi-protein | |
| | Instant Coffee/Instant Chocolate | |
| | Mayonnaise | |
| | Oatmeal | |
| | Pepperoni | |
| 22 | Noodles | M |
| 1 | Rice | M |
| 1 | Sausage | M |
| 3 | Spices | M |
| | Tea | |
| | Vitamins | |
| 1 | Refried Beans | M |
| 1 | Tortillas | M |
| 1 | Hot Sauce | M |

e. Miscellaneous (List any damaged property and from where it was received: e.g. U.S. Marshal)

8. Items Alleged by Inmate to Have Value Over $100.00

| Description of Property | Value Alleged by Inmate |
|---|---|
| | |

X No individual item over $100.00

9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

**Printed Name/Signature of Receiving Officer:** J. Gordon [signature] **Date:** 5-10-22 **Time:** 8:30 am

**I have today reviewed the property returned to me.** X [signature] 14254-025 5-10-22 8:30 am
Signature of Inmate Register # Date Time

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

**Printed Name/Signature of Receiving Officer:** ______ **Date:** ______ **Time:** ______

**I have today reviewed the property returned to me.** ______
Signature of Inmate Register # Date Time

Original: Central File; Copy: Inmate, R&D, Special Housing

Prescribed by P5510 PRINTED ON RECYCLED PAPER Replace of BP-S383 of AUG 94

Motion to direct the clerk to file a file

Kristian Torres Petitioner VS. United States

Supreme Cort of the United, States

This is under the Davis VS United States Davis, 588 U.S —, 139 S. Ct. 2319, 204 L. Ed. 2d 757 (2019)

I need to file a 2244 also on my case and I need to write to Jefferson City the Deciplinary Committee in ILL.

---

Christy's E-mail all Small Letters

Kingwalker112K@Gmail.Com

---

Chiquitin'z Mother spanish

(717)617-5167 (Maritza)

(347) 865-1536 (Jose) *

(Kristian Torres) 15903-067

Adobo (seasoning)

Refile Case under

434 S. Gorge St #1
York, PA 17402

---

Brittany Thilges
410 Vine st
Middletown, P.A
17057

Notice of clarification under the denial of your (2255) motion for the Language that is being used. unclear to you.
Refile my 2255 under this and on the case Of (Davis 924.G) New 2255

Pen Pal

Laura & Allan Bathelder
184 South st.
Springfield, VT 05156

BP-A383.058
SEP 05

# INMATE PERSONAL PROPERTY RECORD

CDFRM

U.S. DEPARTMENT OF JUSTICE — FEDERAL BUREAU OF PRISONS

Institution: CCI [illegible]

1. Name: Walker, Randall

2. Register No: 14254-025

3. Unit: Z-A

4. Date & Time of Inventory: 05/09/22 2:26pm

5. Purpose of Inventory (Check one that applies): Date and Time of Action: 05/09/22

a. ___ Admission b. ___ Hospital c. ___ Writ d. X Transfer e. ___ Detention
f. ___ Release g. ___ Incoming Package h. ___ Other (specify) ____

6. Disposition (Disp.)
D-Donated M-Mail S-Storage
K-Keep in Possession
C-Contraband (Attach BP-S102)

7. Type of Property:

a. Personally Owned Items

| # | Article | Disp. |
|---|---|---|
| | Batteries | |
| | Belt | |
| | Billfold | |
| | Books, Reading hard ___ soft ___ | |
| | Books, Religious hard ___ Soft ___ | |
| | Brassiere | |
| | Cap, Hat | |
| | Coat | |
| | Coins | |
| | Comb | |
| | Combination Lock | |
| | Dress | |
| | Driver's License | |
| | Earplugs | |
| | Eyeglass case | |
| | Eyeglasses | |
| | Gloves | |
| | Hairbrush/Pick | |
| | Handkerchief | |
| | Jacket | |
| | Jogging Suit | |
| | Legal Materials | |
| | Letters | |
| | Magazines | |
| | Mirror | |
| | Nail Clippers | |
| | Pant/Slacks | |
| | Pen/Ballpoint | |
| | Pencils | |
| 5 | Personal Papers | |
| | Photo Album | |
| | Photo | |
| | Plastic spoon, cup | |
| | Playing Cards | |
| | Purse | |
| 2 | Radio (w/earplug) | |
| | Religious Medal | |
| | Ring | |
| | Shirt/Blouse | |
| | Shoes | |
| | Shoes, shower | |
| | Shoes, Slippers | |
| | Shoes, Tennis | |
| | Shorts | |
| | Skirt | |
| | Slip | |
| | Social Security Card | |
| | Socks | |
| | Socks, Athletic | |
| | Stamps | |
| | Stockings | |
| | Sunglasses | |
| | Sweater | |
| | Sweat pant | |
| | Sweat Shirt | |
| | Trophy | |
| | T-Shirts | |
| | Underwear | |
| | Watch/Watchband | |
| 1 | Ace bandage | |

b. Hygiene, etc.

| # | Article | Disp. |
|---|---|---|
| | Dental Floss | |
| | Dentures | |
| | Deodorant | |
| | Hair oil | |
| | Noxema | |
| | Powder | |
| | Razor | |
| | Shampoo | |
| | Shaving lotion | |
| | Skin lotion | |
| | Soap dish | |
| | Toothbrush | |
| | Toothpaste | |

c. Hobby craft

| # | Article | Disp. |
|---|---|---|

d. Food/Tobacco items

| # | Article | Disp. |
|---|---|---|
| | Chewing tobacco | |
| | Snuff | |
| | Coffeemate | |
| | Cold drink mix, soda | |
| | Fruit | |
| | Honey, Hi-protein | |
| | Instant chocolate | |
| | Instant coffee | |

e. Miscellaneous (List any damaged property and from where it was received; e.g. U.S. Marshal)

8. Items Alleged by Inmate to Have Value Over $100.00

Description of Property — Value Alleged by Inmate

X No individual item over $100.00 X

9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: Reeves [signature] Date: 05/09/22 Time: 2:57pm

I have today reviewed the property returned to me. X [signature] 14254-025 05/09/22 [illegible]pm

Signature of Inmate — Register # — Date — Time

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: ____ Date: ____ Time: ____

I have today reviewed the property returned to me. ____

Signature of Inmate — Register # — Date — Time

Original: Central File; Copy: Inmate, R&D, Special Housing
(This form may be replicated by WP)

Replaces of BP-S383 of AUG 94

PRINTED ON RECYCLED PAPER

USP LVN

(1) Randall C. Berg JR
305) 358-2081 — FL.

(2) Allen Ellis
415-256-9725 or 9775 — CA.
212-252-9775 — NY

(3) marcia G. Shein
404) 633-3797 — ATL

* Jesse and Beth michael
P.O Box 11296
Hickory, NC 28603 pen pals services

Bone 404) 287-9791
BOP# 60154019

Mrs. Calvea (MOM)
1705 Sheridan Rd #207
North Chicago, ILL
60061
(Tell about Truck driving ; Hot Shot will pay me for info)

fred Calvea 19809-424

Janet Evanovich
P.O Box 5487
Hanover, NH 03755
Romance books / sometimes free (The Best Ever)

Write 700 10th St Shriffs office about Christy and Katelynn Allan Christy told me to do this for her

(Davis) (924 C) Phone call at OKC at 12:00 and 1:30 on 5/19/22 to Christy says she still dont have my legal mail

about a bible the way I want it write to!
Bible truth publisher - 59 industrial Rd
ADDison, IL 60101 I want a (NLT) Verion Bible

Pen Pals ↓

evangel prison ministries, 6900 billtown Rd Louisville, KY 40299

Follow up min. P.O Box 2514
Castro Valley, CA 94546

[I wrote this one] *
P. Pal Christ min. 273
Newport AVE unit #2
Quincy, MA 02170

~~[I wrote this one]
Rock Church prison friends min
P.O Box 601
San Diego, CA 92166~~

Rehoboth mini 6166 Helens Way,
Schuyler, VA 22969

wels special min.
P.O Box 452, NEW Ulm, MN
56073

Look for a dude named Boz in FC tell him MuJo said he sends his love and will get at him soon

Zebra contemporary Romance Book club
Zebra Home Subscription Service, Inc.
P.O Box 5214
Clifton, NJ 07015-5214